IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

TREVOR FERLEY

    Plaintiff

vs.    No. 2:12-CV-00051
    Judge Greer
    Magistrate Inman
    Jury Demanded

MOUNTAIN STATES HEALTH ALLIANCE
d/b/a Johnson City Medical Center
and
MARC AIKEN, M.D. and
ROBERT J. DETROYE, M.D. and
WATAUGA ORTHOPAEDICS, PLC. and
ANITA DIANE COBBLE, M.D. and
JULIE ANN DUNN, M.D. and
MEDICAL EDUCATION ASSISTANCE CORPORATION

    Defendants

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), *Federal Rules of Civil Procedure,* the parties hereby stipulate that all claims against the Defendant, Mountain States Health Alliance, d/b/a Johnson City Medical Center are hereby dismissed with full prejudice.

It is further agreed that this action is not subject to the provisions of Rules 23(e), 23.1(c), 23.2 or 66, *Federal Rules of Civil Procedure,* or of any statute of the United States that would prohibit the voluntary dismissal of this cause without Court approval.

This Defendant, Mountain States Health Alliance, and the Plaintiff will bear and

1
Case 2:12-cv-00051-JRG-DHI   Document 43   Filed 05/20/13   Page 1 of 2   PageID #: 298

assume their own respective costs and attorney's fees.

                                                Respectfully submitted,

| | |
|---|---|
| s/ Olen G. Haynes_____ | s/Gerald L. Gray_____ |
| Olen G. Haynes, (BPR#587) | Gerald L. Gray (VSB #13295) |
| Co-Counsel for Plaintiff | Co-Counsel for Plaintiff |
| Arnold, Haynes & Sanders | Gerald Gray Law Firm |
| P.O. Box 1879 | P. O. Box 929 |
| Johnson City, TN 37605 | Clintwood, VA 24228 |
| Telephone: (423) 928-0165 | Telephone: (276) 926-4607 |
| | |
| s/Frank H. Anderson, Jr._____ | s/Jeffrey M. Ward_____ |
| Frank H. Anderson, Jr. (BPR#006723) | Jeffrey M. Ward (BPR #16329) |
| Counsel for Defendant, MSHA | s/Brandy Burnette_____ |
| Anderson & Fugate | Brandy Burnette (BPR #021853) |
| c/o MSHA Legal Department | Counsel for Defendants, Julie Ann Dunn, M.D. |
| 400 North State of Franklin Road | and Medical Education Assistance Corporation |
| Johnson City, TN. 37604 | Milligan & Coleman, PLLP |
| Telephone: (423) 302-3416 | P. O. Box 1060 |
| Fax: (423) 302-3449 | Greeneville, TN 37744-1060 |
| AndersonFH@msha.com | Telephone: (423) 639-6811 |
| | Fax: (423) 639-0278 |
| | jward@milligancoleman.com |
| | |
| /Charles T. Herndon, IV_____ | |
| Charles T. Herndon, IV (BPR#001366) | |
| s/Elizabeth M. Hutton_____ | |
| Elizabeth M. Hutton (BPR#026390) | |
| Counsel for Defendants, Watauga | |
| Orthopaedics, PLC and Marc Aiken, M.D. | |
| Herndon, Coleman, Brading & McKee | |
| 104 East Main Street | |
| P.O. Box 1160 | |
| Johnson City, TN 37605-1160 | |
| Telephone: (423) 434-4700 | |