IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT GREENEVILLE

| | |
|---|---|
| TREVOR FERLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:12-CV-51 |
| ) | |
| MARC AIKEN, M.D.; WATAUGA ) | |
| ORTHOPAEDICS, PLC; JULIE ANN ) | |
| DUNN, M.D.; and MEDICAL ) | |
| EDUCATION ASSISTANCE ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii), *Federal Rules of Civil Procedure*, the parties hereby stipulate that all claims against the Defendant, Marc Aiken, M.D., are hereby dismissed.

It is further agreed that this action is not subject to the provisions of Rules 23(e), 23.1(c), 23.2 or 66, *Federal Rules of Civil Procedure*, or of any statute of the United States that would prohibit the voluntary dismissal of this cause without Court approval. This Defendant, Marc Aiken, M.D., and the Plaintiff will bear their own respective costs and attorney's fees.

APPROVED FOR ENTRY:


*s/ Charles T. Herndon IV*
Charles T. Herndon, IV (No. 1366)
Elizabeth M. Hutton (No. 26390)
HERNDON, COLEMAN, BRADING & McKEE
Counsel for Watauga Orthopaedics, Marc A. Aiken, M.D.,
   and Robert J. DeTroye, M.D.
104 East Main Street
P.O. Box 1160
Johnson City, TN 37605-1160
(423) 434-4700



*s/ Olen G. Haynes by permission C. Herndon*
Olen G. Haynes, BPR #587
Co-Counsel for Plaintiff
Arnold, Haynes & Sanders
P.O. Box 1879
Johnson City, TN 37605
(423) 928-0165

Gerald L Gray, VSB #13285
Co-Counsel for Plaintiff
Gerald Gray Law Firm
P.O. Box 929
Clintwood, VA 24228
(276) 926-4607


*s/ J. Ward by permission C. Herndon*
Jeffrey M. Ward BPR #16329
Milligan & Coleman
Counsel for Julie Ann Dunn, M.D.,
Anita Diane Cobble, M.D., and
Medical Education Assistance Corporation
P. O. Box 1060
Greeneville, TN  37744-1060
(423) 639 - 6811