UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| TREVOR FERLEY, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ] No. 2:12-CV-51 |
| | ] JUDGE GREER |
| MOUNTAIN STATES HEALTH ALLIANCE | ] MAGISTRATE INMAN |
| d/b/a JOHNSON CITY MEDICAL CENTER; | ] JURY DEMAND |
| MARC AIKEN, M.D.; ROBERT J. DeTROYE, | ] |
| M.D.; WATAUGA ORTHOPAEDICS, PLC; | ] |
| ANITA DIANE COBBLE, M.D.; JULIE ANN | ] |
| DUNN, M.D.; and MEDICAL EDUCATION | ] |
| ASSISTANCE CORPORATION, | ] |
| | ] |
| Defendants. | ] |

**STIPULATION OF VOLUNTARY DISMISSAL OF JULIE ANN DUNN, M.D. AND MEDICAL EDUCATION ASSISTANCE CORPORATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that all claims against Julie Ann Dunn, M.D. and Medical Education Assistance Corporation are voluntarily dismissed with prejudice.

This action is not subject to the provisions of Federal Rule of Civil Procedure 23(e), 23.1(c), 23.2 or 66 or any similar federal statute that would prohibit the voluntary dismissal of this action without court approval.

These parties will bear and assume their own costs and attorney's fees.

Respectfully submitted,

*s/ Olen G. Haynes, Sr.*
OLEN G. HAYNES, SR., BPR # 000587
ARNOLD, HAYNES & SANDERS
207 E. Main Street, Ste. 2-A
P.O. Box 1879
Johnson City, TN 37605-1879
423-928-0165
Attorney for Plaintiffs

*s/ Charles T. Herndon, IV*
CHARLES T. HERNDON, IV, BPR # 001366
HERNDON, COLEMAN, BRADING & MCKEE
P.O. Box 1160
Johnson City, TN 37605-1160
423-434-4700

Attorney for Watauga Orthopaedics, PLC


*s/ Jeffrey M. Ward*
JEFFREY M. WARD, BPR # 016329
MILLIGAN & COLEMAN
P. O. Box 1060
Greeneville, TN 37744-1060
423 639-6811

Attorney for Julie Ann Dunn, M.D., and
Medical Education Assistance Corporation