1          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF TENNESSEE
2                    GREENEVILLE

3

TREVOR FERLEY,              .  DOCKET NO. CV-2-12-51
4                          .
      PLAINTIFF,            .
5                          .
         VS.               .  GREENEVILLE, TN
6                          .  SEPTEMBER 17, 2013
WATAUGA ORTHOPAEDIC, PLC,  .
7                          .
      DEFENDANT.           .
8                          .
. . . . . . . . . .  .
9

10        TRANSCRIPT OF DEFENDANT'S OPENING STATEMENT
             BEFORE THE HONORABLE J. RONNIE GREER
11          UNITED STATES DISTRICT JUDGE, AND A JURY

12

APPEARANCES:
13

FOR THE PLAINTIFF:     THE HAYNES FIRM
14                     OLEN G. HAYNES, ESQ.
                       P.O. BOX 1879
15                     JOHNSON CITY, TN 37605-1879

16                     THE GERALD GRAY LAW FIRM, PC
                       GERALD L. GRAY, ESQ.
17                     P.O. BOX 929
                       CLINTWOOD, VA 24228
18
FOR THE DEFENDANT:     HERNDON, COLEMAN, BRADING & MCKEE
19                     CHARLES T. HERNDON, ESQ.
                       ELIZABETH M. HUTTON, ESQ.
20                     P.O. BOX 1160
                       JOHNSON CITY, TN 37605-1160
21

22  COURT REPORTER:    KAREN J. BRADLEY
                       RPR-RMR
23                     U.S. COURTHOUSE
                       220 WEST DEPOT STREET
24                     GREENEVILLE, TN 37743

25  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
    PRODUCED BY COMPUTER.

1       MR. HERNDON:  IF IT PLEASE THE COURT AND
2   MEMBERS OF THE JURY:
3       I HAVEN'T REALLY GOTTEN TO TALK TO YOU YET.  MY
4   NAME IS CHIP HERNDON, AND I REPRESENT WATAUGA ORTHOPAEDICS
5   AND DR. AIKEN WHO IS SITTING WITH ME AT THE TABLE TODAY.
6   NOW, WHAT LAWYERS SAY UP HERE IS NOT PROOF, AND I'M NOT A
7   DOCTOR.  IF I SAY SOMETHING THAT'S CONTRADICTED LATER ON,
8   HOLD THAT AGAINST ME, NOT MY CLIENT; BUT WE HAVE A
9   DIFFERENT TAKE ON THIS MATTER THAN MR. HAYNES.
10      I LIKE TO CALL THIS KIND OF LIKE A TV GUIDE
11  THING WHERE IT TELLS YOU WHAT YOU'RE GOING TO SEE COMING
12  FROM THE WITNESS STAND, IT KIND OF HELPS YOU TO PROCESS IT
13  AS IT COMES IN.  SO I'M GOING TO TRY TO LAY OUT FOR YOU
14  WHAT I THINK THE PROOF IS GOING TO SHOW TO HELP YOU IN
15  THAT WAY.
16      I'M GOING TO BEGIN THE STORY, WE KIND OF WENT
17  OVER THIS LIGHTLY, BUT IT WAS REALLY KIND OF A REALLY
18  BEAUTIFUL DAY IN OCTOBER 19TH IN THE YEAR 2010.  THERE WAS
19  A WOMAN NAMED KRISTY MOORE, SHE IS AN EMT, AND MS. MOORE
20  WAS SITTING IN A DRIVEWAY ON A LITTLE TWO-LANE ROAD UP
21  THERE IN SOUTHWESTERN VIRGINIA WAITING FOR HER CHILD TO
22  COME HOME FROM SCHOOL, AND MS. MOORE LOOKS UP AND SEES
23  THIS MOTORCYCLE COMING UP OVER THE HILL TRAVELING AT A
24  HIGH RATE OF SPEED.  SHE WILL TELL YOU FROM THE WITNESS
25  STAND THAT THIS MOTORCYCLE WAS DOING 60 TO 70 MILES AN

HOUR; THAT THAT MOTORCYCLE LOST CONTROL, WENT INTO A
DITCH, HIT A CULVERT, WENT AIRBORNE, STRUCK MAILBOXES AND
WOUND UP A LONG WAY DOWN THE ROAD.  THE STATE TROOPER IS
GOING TO TELL YOU EXACTLY HOW FAR DOWN THE ROAD THAT WAS.

SHE WAS AN EMT, AND SHE RAN UP, AND SHE SAID,
MR. FERLEY LOOKED LIKE HE WAS CUT IN HALF, FOLDED IN HALF
WITH LEGS UP AROUND HIS SHOULDERS.  I MEAN, IT SOUNDS KIND
OF ANTISEPTIC TODAY SAYING, WELL, HE WAS IN A SEVERE
VEHICULAR ACCIDENT.  IT WAS AWFUL.  SHE DIDN'T EVEN
ATTEMPT TO MANIPULATE OR MANEUVER HIM; BUT SHE DID HAVE
THE NUMBERS ON HER CELL PHONE, AND SHE WAS ABLE TO TELL
THE MINUTE SHE TOOK A LOOK AT MR. FERLEY, I BETTER GET THE
HELICOPTER UP HERE; AND SO THE HELICOPTER WAS DISPATCHED
IMMEDIATELY.  THE EMERGENCY WORKERS GOT THERE JUST LIKE
THAT, AND HE WAS AT THE HOSPITAL IN JOHNSON CITY IN 40
MINUTES.

HIS LUNGS WERE FAILING AT THE SCENE, AND HE HAD
TO BE INTUBATED.  NOW, THAT'S NO SMALL THING.  THAT'S WHEN
SOMEBODY IS BREATHING FOR YOU.  THEY PUT IT DOWN INTO YOUR
LUNGS, AND THEY START BREATHING FOR YOU.  THAT'S NOT JUST
ARTIFICIAL RESPIRATION, THAT'S WHERE THEY'RE ACTUALLY
BREATHING FOR YOU WITH A MACHINE, AND THEY STARTED
BREATHING FOR HIM THERE AT THE SCENE.  AND, YES, HEY GOT
HIM TO THE JOHNSON CITY MEDICAL CENTER QUICKLY.

HE WAS SEEN BY A NUMBER OF VERY SKILLED TRAUMA

1  PEOPLE, DR. COBBLE, WE'LL BE CALLING HER AND YOU CAN HEAR

2  HER TESTIMONY; DR. LOCKETT WHO IS IN SOUTH CAROLINA NOW,

3  AND HE'S NOT AVAILABLE, BUT SEVERAL PHYSICIANS LOOKED AT

4  HIM; AND, YES, HE DID, HE DID HAVE INJURIES.  WE KIND OF

5  WENT OVER THOSE VERY BRIEFLY WITH MR. HAYNES, BUT YOU NEED

6  TO UNDERSTAND WHAT THESE INJURIES REALLY WERE.

7          STARTING WITH THE RIGHT LEG.  YEAH, HE DID HAVE

8  A FRACTURE TO HIS FEMUR.  ACTUALLY WHAT REALLY HAPPENED

9  WAS HIS FEMUR WAS BROKEN JUST LIKE THAT AND HAD COME RIGHT

10  ON OUT OF HIS LEG; THAT WAS THE RIGHT LEG.  THE LEFT LEG,

11  HE HAD A HIP DISLOCATION THAT AS ONE DOCTOR WILL TELL YOU

12  IS PROBABLY THE SECOND WORST ONE HE HAS EVER SEEN IN HIS

13  LIFE.  IT WAS NOT ONLY PUSHED IN AND FRACTURED, BUT IT WAS

14  RIPPED RIGHT OUT OF THE SOCKET.

15          MOVING ON UP, WE DIDN'T HEAR ABOUT HIS BACK.

16  HE FRACTURED HIS BACK IN TWO PLACES.  HIS CLAVICLE, HIS --

17  WHAT WE CALL THE COLLAR BONE.  HE HAD A FIRST RIB FRACTURE

18  WHICH TAKES TREMENDOUS VELOCITY TO FRACTURE.  HE HAD

19  FRACTURES OF HIS RADIUS AND HIS ULNAR BONE IN THE LEFT

20  HAND, WHICH IS DESCRIBED IN ONE PLACE AS ALMOST RIPPING

21  HIS LEFT ARM OFF, AND HE HAD A HUMERUS FRACTURE MOST

22  LIKELY FROM THE MEDICAL RECORDS FROM SUSTAINING BLOWS SO

23  SEVERE TO HIS RIGHT ARM THAT IT ALMOST RIPPED HIS RIGHT

24  ARM OFF.  HE HAD NOT JUST A LITTLE CUT BETWEEN HIS

25  FINGERS, BUT HE HAD A RIP BETWEEN THESE TWO FINGERS OF HIS

RIGHT HAND THAT NECESSITATED SURGERY INTO THE END OF HIS
HAND.  HIS SPLEEN WAS RUPTURED.  HIS CHEST, HIS, HIS
PULMONARY CHEST WAS BRUISED AND CONTUSED, AND, LITERALLY,
THEY HAD TO STICK TUBES INTO WOUND UP BOTH SIDES OF HIS
CHEST JUST TO -- BECAUSE HE HAD AIR BETWEEN HIS LUNGS AND
HIS CHEST WALL, JUST SO THEY COULD EXPAND WITH THE MACHINE
BREATHING FOR HIM.  I MEAN, THESE WERE SEVERE, CRITICAL,
TERRIBLE AWFUL INJURIES.

NOW, THE FIRST THING THEY TRIED TO DO WAS GET
HIM STABILIZED AND GET HIM TO SURGERY SO THEY COULD GET
THESE AWFUL, SOME OF THESE WORST INJURIES STABILIZED.  DR.
AIKEN HAPPENED TO BE -- HE WASN'T ACTUALLY EVEN ON CALL,
HE JUST VOLUNTEERED TO DO THIS.  HE IS WHAT'S CALLED A
TRAUMA SPECIALIST, PROBABLY AS WELL TRAINED IF NOT BETTER
TRAINED THAN JUST ABOUT ANYBODY YOU'LL HEAR FROM IN THIS
ENTIRE CASE.  HE'S TAUGHT IT AROUND THE WORLD.  HE'S BEEN,
TAUGHT IT AT OTHER COUNTRIES, HE'S TAUGHT IT TO THE
DOCTORS.  HE'S A MEMBER OF THE NATIONAL MEDICAL DISASTER
SERVICE.  THEY SENT HIM A GOVERNMENT I.D. AND A GOVERNMENT
CREDIT CARD.  IF THERE'S A NATIONAL DISASTER, THEY'RE
CALLING HIM TO COME THERE.  YOU REMEMBER THE BOSTON
BOMBING THAT WE HAD A COUPLE OF WEEKS AGO AND THE TEXAS
EXPLOSION.  HE DIDN'T GET A CALL YESTERDAY BECAUSE IT WAS
MOSTLY GUN SHOT WOUNDS, BUT HE IS EXTREMELY WELL TRAINED,
EXTREMELY QUALIFIED; HAS TREATED SPORTS TEAMS EVERYWHERE,

1  ATHLETES, WORLD RECORD HOLDERS, REALLY WELL TRAINED.  AND

2  HE COMES IN AND DOES AN AMAZING JOB WITH MR. FERLEY.

3          HE STABILIZES AND GETS HIS LEFT HIP BACK INTO

4  THE SOCKET, BUT HE HAS TO HAVE THIS LEG IMMOBILIZED SO IT

5  CAN'T ABDUCT AND THROW THE SOCKET OUT OF JOINT.  THE RIGHT

6  LEG, HE GETS THAT PINNED; AND, OF COURSE, IT'S FIXED, AND

7  YOU'LL SEE PICTURES OF THESE THINGS, WE'VE GOT PICTURES OF

8  ALL THIS STUFF.  AND, OF COURSE, IT'S WRAPPED WITH AN ACE

9  BANDAGE ALL THE WAY TO HIS FOOT, AND THE REASON FOR THAT

10  IS, OF COURSE, TO KEEP THE SWELLING DOWN AS WELL AS TO

11  PROTECT THE LEG.  HIS LEFT ARM, HE GOES IN AND HE HAS TO

12  PUT PINS IN THAT, AND HE PUTS PINS IN IT AND GETS A

13  PERFECT REDUCTION, AND PINS THAT AND WRAPS THAT.  HE THEN

14  GOES INTO THE RIGHT HAND, AND HE FIXES THAT, WHERE HE'S

15  RIPPED HIS HAND OPEN, AND HE WRAPS THAT.  THEN HE TURNS

16  HIS ATTENTION TO THE RIGHT HUMERUS.

17          WE'RE GOING TO HEAR A LOT ABOUT THE RIGHT

18  HUMERUS, BUT THIS IS KIND OF WHAT IT LOOKS LIKE.  YOU'RE

19  GOING TO SEE THE X-RAY.  IT LOOKS KIND OF LIKE THAT,

20  THAT'S KIND OF WHAT THE BONES LOOKED LIKE.  THEY'RE KIND

21  OF LIKE THAT.  AND THE MECHANISM, WHAT HAPPENS IS THE

22  BONES ARE TOGETHER; AND WHEN YOU TAKE THIS TREMENDOUS BLOW

23  RIGHT HERE, IT SHEARS -- THESE BONES ARE TOUGH BONES,

24  THEY'RE THE BIG BONES.  YOU KNOW, YOU'VE GOT A BIG BONE

25  HERE AND A BIG BONE THERE.  IT TEARS THOSE BONES APART,

1 AND THEN THEY COME BACK TOGETHER LIKE THIS.

2          AND WHAT'S INTERESTING ABOUT WHERE THIS IS,

3 IT'S ABOUT MID SHAFT OF WHAT THEY CALL THE HUMERUS, ABOUT

4 RIGHT HERE, WHAT IS INTERESTING ABOUT THAT IS IF YOU LOOK

5 AT ANATOMY PHOTOGRAPHS -- AND I HAD ONE UP HERE I WAS

6 GOING TO SHOW YOU, BUT I'M JUST GOING TO TELL YOU ABOUT

7 IT.  THE RADIAL NERVE JUST GOES RIGHT, IT'S RIGHT NEXT TO

8 THE BONE WHERE THIS HAPPENED.  WHAT THEY CALL THE RADIAL

9 NERVE, IT'S JUST RIGHT NEXT TO THE BONE.  WELL, THERE'S NO

10 WAY YOU CAN TAKE THAT BONE AND GO "BOOM BOOM" WITHOUT NOT

11 ONLY STRETCHING THAT NERVE, BUT THERE ARE OTHER NERVES UP

12 THERE TOO THAT ARE GETTING RIPPED AND TORN AND PULLED AND

13 TENSE; BUT PARTICULARLY THE RADIAL NERVE, WHICH IS RIGHT

14 UP NEXT TO THE BONE.  YOU'LL SEE WHERE IT IS IN THE

15 ANATOMY STUFF; BUT --

16          AND SO DOES THAT MEAN HE'S GOING TO LOSE

17 FUNCTION OF THE RADIAL NERVE?  NO, YOU DON'T KNOW.  YOU

18 CAN'T TELL SOMETIMES FOR WEEKS.  DOES TISSUE TAKE A

19 TREMENDOUS BEATING?  YES, IT DOES.  HOW BAD?  WELL, YOU

20 CAN'T SEE UNDER THE SKIN.  SOMETIMES YOU DON'T KNOW FOR

21 WEEKS HOW THE INJURY IS GOING TO, USE A TERM THAT'S BEEN

22 USED IN THE TESTIMONY, DECLARE ITSELF.  IT TAKES A WHILE

23 SOMETIMES FOR THESE INJURIES TO DECLARE THEMSELVES.

24          HE WAS TREATED WITH WHAT'S CALLED A COAPTATION

25 SPLINT.  DR. WILLIAMSON, MR. HAYNES, THE GUY YOU'RE GOING

1    TO HEAR TOMORROW, THE GUY FROM VIRGINIA BEACH WHO DIDN'T

2    KNOW WHO HIRED HIM IN THE CASE AND DIDN'T KNOW HOW HE

3    BECAME INVOLVED IN IT WHEN I ASKED HIM, HE'S GOING TO COME

4    IN AND TELL YOU THAT THEY SHOULD HAVE PUT AN EX-FIX,

5    WHAT'S CALLED AN EX-FIX ON IT, WHICH IS EXTERNAL THINGS

6    THAT YOU POKE THROUGH THE SKIN AND LATCH ONTO THE BONE.

7    HE'S GOING TO TELL YOU THAT YOU SHOULD HAVE DONE THAT.

8           THE PEOPLE WE'RE GOING TO PRESENT SAY THAT'S

9    KIND OF BIZARRE, WE HAVEN'T DONE THAT IN 20 YEARS.  I

10   MEAN, PEOPLE DON'T DO THAT ANY MORE.  AS A MATTER OF FACT,

11   IT'S QUESTIONED IN THE 2012 ORTHOPEDIC CERTIFICATION

12   EXAMINE, HOW DO YOU HANDLE THESE MULTIPLE TRAUMAS WITH A

13   FRACTURED HUMERUS, YOU DO IT WITH A COAPTATION SPLINT.

14          YOU KNOW, THE ONLY -- DR. WILLIAMSON WILL TELL

15   YOU HE SHOULD HAVE PUT AN EX-FIX ON, BUT PEOPLE CAN TELL

16   YOU YOU OUGHT TO PUT A HOLE IN YOUR HEAD TOO; BUT

17   DR. AIKEN TREATED HIM THE ACCEPTABLE WAY THAT PEOPLE DO

18   THAT, PARTICULARLY PEOPLE THAT HAVE TRAUMA KNOWLEDGE AND

19   TRAUMA SPECIALTY, AND HE PUT A COAPTATION SPLINT.  WE'VE

20   GOT ONE, AND WE'LL SHOW IT TO YOU AS WE GET INTO THE CASE;

21   BUT IT'S KIND OF LIKE A QUASI-CAST.  IT'S KIND OF LIKE A,

22   IT'S -- LOOKS KIND OF LIKE THAT.  IT GOES FROM YOUR

23   AXILLA, THIS IS YOUR AXILLA, YOUR ARMPIT, IT.  THEY WRAP

24   YOUR ARM IN A VERY SOFT PADDING, AND THEN THEY TAKE A

25   STRIP AND THEY PUT THAT STRIP FROM YOUR ARMPIT RIGHT OVER

1    YOUR ELBOW AND THEN BACK UP THE OTHER SIDE.  AND IT'S WET

2    WHEN IT GOES ON, BUT IT HARDENS VERY QUICKLY.  SO IT'S

3    KIND OF LIKE HAVING A CAST SHAPED LIKE A C, SORT OF LIKE

4    THAT.  AND WE'LL HAVE PICTURES OF HOW YOU PUT THAT ON AND

5    A LITTLE VIDEO SHOWING HOW YOU PUT THAT ON.  BUT THE NICE

6    THING ABOUT A COAPTATION SPLINT IS IT ALLOWS FOR SWELLING

7    AND IT ALLOWS FOR PALPATION ON BOTH SIDES SO -- AND, YES,

8    HE PUT AN ACE WRAP ON.  HE WRAPPED HIM FROM THE WRIST ALL

9    THE WAY TO HIS SHOULDER, JUST LIKE HIS LEG WAS WRAPPED UP

10   AND JUST LIKE YOU'RE SUPPOSED TO DO IT.  HE DID IT THE

11   ACCEPTABLE WAY.

12          MR. FERLEY REMAINED INTUBATED.  THEY KEPT

13   BREATHING FOR HIM.  TO USE THE EXPRESSION I THINK ONE

14   DOCTOR USED, HE WAS IN AN INDUCED COMA.  IT WASN'T TRULY A

15   COMA, AND THEY COULD CUT OFF STUFF AND WAKE HIM UP A

16   LITTLE BIT; BUT HE WAS INTUBATED WHERE THEY WERE BREATHING

17   FOR HIM FOR -- UNTIL ALMOST, UNTIL REAL LATE IN THE DAY ON

18   THE 25TH.  SO HE WAS INTUBATED AT THE SCENE ON THE 19TH

19   AND INTUBATION CAME OUT ON THE 25TH.

20          HE WAS SEEN BY A VARIETY OF PHYSICIANS.  HE WAS

21   SEEN BY EVERYTHING FROM TRAUMA SURGEONS TO TRAUMA

22   RESIDENTS TO ORTHOPEDIC SURGEONS TO PHYSICIANS ASSISTANTS.

23   HE WAS SEEN BY A VARIETY OF PHYSICIANS.  THEY WERE LOOKING

24   AT HIM, THEY WERE EXAMINING HIM, THEY WERE FEELING HIS

25   ARM.

1    I'M GOING TO JUMP A LITTLE BIT AHEAD, AND I'M

2    GOING TO SAY A COUPLE OF THINGS ABOUT COMPARTMENT

3    SYNDROME.  FIRST OF ALL, IT'S VERY RARE, AND IT'S VERY

4    RARE PARTICULARLY WHEN YOU'RE, WHEN YOU'VE GOT A HUMERAL

5    FRACTURE TO HAVE SOMETHING LIKE THAT IN THE LOWER ARM.  WE

6    DON'T THINK HE EVER HAD COMPARTMENT SYNDROME.  IT'S VERY

7    RARE; BUT WHAT WE DO KNOW ABOUT COMPARTMENT SYNDROME IS

8    IT'S GENERALLY AN ACUTE CONDITION.  IT HAPPENS IN THE

9    FIRST 24 TO 48 HOURS, MAYBE A LITTLE BIT LONGER, BUT

10   THAT'S GENERALLY THE TIME FRAME.

11   NOW, IF YOU READ, IF YOU READ THE TEXT BOOKS,

12   IT WILL TELL YOU THERE'S FIVE THINGS, WAYS THAT YOU

13   DIAGNOSE IT, THE FIVE, WHAT THEY CALL THE FIVE P'S; BUT

14   WHAT THEY'RE BASICALLY LOOKING AT IS HOW IS YOUR CIRCU-

15   LATION, WHAT'S THE CIRCULATION LIKE, IS THAT CUT OFF.

16   WELL, HE ALWAYS HAD GOOD CIRCULATION RIGHT UP

17   UNTIL NOVEMBER 2ND WHEN THEY DID THE SURGERY; BUT THE

18   THING THAT THE DOCTORS REALLY -- THE DIAGNOSTICIANS AND

19   WHAT THEY REALLY LOOK AT IS HOW FIRM IS THIS TISSUE.  YOU

20   SEE IT IN THE ARMS AND THE LEGS, AND WHAT THEY TELL YOU IS

21   IF YOU HAVE COMPARTMENT SYNDROME, IT FEELS LIKE THAT.  IF

22   YOU RAPPED ON THAT BENCH RIGHT THERE IN FRONT OF YOU,

23   THAT'S WHAT IT FEELS LIKE.  IT BECOMES A VERY TENSE

24   COMPARTMENT, AND HE NEVER HAD THAT.

25   DR. AIKEN TREATED HIM THE FIRST DAY.  THE

1    SECOND DAY HE WAS THERE, HE WAS PALPATING HIS ARM, HE WAS

2    FEELING IT.  WE'RE GOING TO HAVE SOME ACE BANDAGES.  YOU

3    CAN SEE WHETHER YOU CAN PALPATE AN ARM.  HE SAYS IT'S NO

4    PROBLEM PALPATING AN ARM THROUGH AN ACE BANDAGE.  IT'S

5    KIND OF LIKE MY COAT HERE OR YOUR SHIRT OR SOMETHING; BUT

6    WE'LL ENTER SOME ACE WRAPS INTO EVIDENCE SO YOU CAN SEE

7    FOR YOURSELF WHAT IT FEELS LIKE, IF YOU CAN FEEL THROUGH

8    IT; BUT HE WAS EXAMINED EVERY DAY.

9            NOW, I AGREE THAT -- I THINK HE PUT UP

10   SOMETHING THAT SAID, WELL, THE FIRST TIME THEY EVER

11   REMOVED THE BANDAGE WAS ON THE 27TH AND IT SHOWED THIS AND

12   THAT.  THAT'S NOT TRUE.  DR. AIKEN WAS LOOKING AT THE

13   FRACTURE BLISTERS ON HIS ARM ON THE 26TH.

14           WHAT ARE FRACTURE BLISTERS?  FRACTURE BLISTERS

15   ARE CAUSED WHEN YOU HAVE SEVERE TRAUMA.  FRACTURE BLISTERS

16   AREN'T CAUSED BY COMPARTMENT SYNDROME.  THEY CAN, BUT MOST

17   OF THE TIME THEY'RE CAUSED BY SEVERE TRAUMA.  WE'VE GOT

18   ONE FELLOW THAT TESTIFIED THAT HE'S BEEN DOING IT FOR 40

19   YEARS AND HE'S NEVER SEEN A FRACTURE BLISTER CAUSED BY A

20   COMPARTMENT SYNDROME, IT'S ALWAYS CAUSED BY A SEVERE

21   INJURY; AND THAT INJURY IS A SHEARING OF THE DERMIS AND

22   THE EPIDERMIS, THE OUTER LAYERS OF THE SKIN, A SHEARING OF

23   THAT; AND AS THE TISSUE SWELLS, IT GETS TO BE FLUID IN IT.

24   AND WHAT IT'S A SIGN OF IS, HEY, THIS INJURY IS DECLARING

25   ITSELF, THIS IS GOING TO BE A PRETTY SIGNIFICANT INJURY.

1   THERE'S NOTHING YOU CAN DO AT THAT POINT IN TIME, YOU JUST
2   HAVE TO SEE HOW IT'S GOING TO DO.

3           HE STARTS DEVELOPING FRACTURE BLISTERS.  HE
4   DEVELOPS ONE RIGHT HERE.  YOU'LL HEAR A LOT ABOUT THE
5   ANTECUBITAL FOSSA.  THAT'S THIS JOINT RIGHT HERE, RIGHT IN
6   THE CROOK OF YOUR ARM; AND HE DEVELOPS AN AREA HERE.  THEY
7   CALL IT A BURN.  YOU KNOW WHY?  BECAUSE IT LOOKED LIKE
8   DEAD SKIN; AND THAT'S WHAT IT WAS, IT WAS DEAD.  IT GOT
9   HIT SO HARD.  IT'S LIKE IF YOU THINK ABOUT HOW HARD YOU'D
10  HAVE TO HIT WITH A BASEBALL BAT TO LITERALLY KILL THE SKIN
11  IN YOUR ARM, BOTH ABOVE AND BELOW THE ELBOW, NO QUESTION
12  ABOUT THAT.

13          AND THAT'S WHY DR. FOLEY WAS CALLED IN.  HE WAS
14  CALLED IN TO REPAIR A BURN, ONLY THERE WASN'T A BURN IN
15  THIS AREA, IT WAS JUST DEAD SKIN.  SO DR. FOLEY COMES IN.
16  HE, HE SUPPOSEDLY EXAMINES THE ARM.  HE DOESN'T SUSPECT
17  COMPARTMENT SYNDROME.  HE -- NOBODY HAS EVER SAID ANYTHING
18  ABOUT THAT EVER.  OUT OF 15 PHYSICIANS THAT HAVE BEEN
19  LOOKING AT MR. FERLEY AND NURSES AND PA'S AND EVERYBODY
20  ELSE, HE COMES IN AND EXAMINES IT AND HE SAYS, YEP, I
21  THINK I NEED TO DO A LITTLE SURGERY HERE.  WE'RE GOING TO
22  DO A SKIN GRAFT, SO WE'LL SCHEDULE HIM IN A COUPLE OF
23  DAYS; AND THEN HE COMES BACK AND SEES HIM TWO OR THREE
24  TIMES AFTER THAT AND NEVER MAKES A NOTE OF IT, BUT.  SO,
25  YEAH, HE SEES IT.  HE DOESN'T SUSPECT ANYTHING LIKE THAT.

1    SO, FINALLY, NOVEMBER 2ND COMES AROUND.  HE'S

2    NO LONGER, MR. FERLEY IS NO LONGER INTUBATED AT THAT TIME.

3    HE'S STILL BEING GIVEN A LOT OF PAIN MEDICATION AND OTHER

4    SUPPORTIVE KIND OF THINGS, BUT HIS PAIN READINGS ARE

5    NEVER -- WE'RE GOING TO SHOW THEM ALL TO YOU SO YOU CAN

6    SEE.  WE'VE KIND OF GOT IT GRAPHED OUT WHERE YOU CAN SEE

7    WHAT THEY ARE.  THEY SAY IF YOU'VE GOT COMPARTMENT

8    SYNDROME, YOUR PAIN IS 11 ON A 1 TO 10, IT'S THAT BAD; BUT

9    WE'LL SHOW THOSE TO YOU SO YOU'LL HAVE THE BENEFIT OF

10   SEEING ALL THAT.

11   BUT DR. FOLEY -- DR. JENKINS COMES IN.  WHEN

12   THEY DO A SKIN GRAFT -- DO YOU WANT ME TO BREAK NOW, YOUR

13   HONOR?

14   THE COURT:  THEY'LL LET ME KNOW, THAT'S --

15   MR. HERNDON:  OKAY.

16   WHEN THEY DO A SKIN GRAFT ON YOUR ARM, YOU

17   KNOW, THEY TAKE SKIN AND THEY GRAFT IT ON, BUT YOU CAN'T

18   HAVE ANY MOVEMENT AT ALL, ZERO MOVEMENT; SO FOR THAT

19   REASON THEY REQUEST THAT THE ORTHOPEDIC SURGEONS PUT A PIN

20   IN THE ARM.  SO WE SAID, FINE, WE'RE AVAILABLE.

21   DR. JENKINS COMES IN.  DR. JENKINS TESTS THE ARM.  HE

22   SAID, WELL, IT DOESN'T LOOK LIKE I'M GETTING NERVE

23   FUNCTION BELOW THE FRACTURE SITE.  HE TESTED ABOVE THE

24   ELBOW AND BELOW THE ELBOW, SAID, YOU KNOW, I'M JUST NOT

25   GETTING ANY NERVE RESPONSE.  NOW, DOES THAT MEAN HE'S LOST

THAT FOR GOOD?  WHO KNOWS.  YOU JUST CAN'T TELL BECAUSE

THOSE STRETCHED NERVES, SOMETIMES THEY REGENERATE,

SOMETIMES THEY DON'T.  BUT HE SAID, I'M GETTING GREAT

PULSES.  HE'S GOT GREAT PULSES DOWN HERE, HE'S GOT GREAT

CAPILLARY REFILL.  THAT'S WHEN YOU PUSH ON IT AND IT TURNS

WHITE AND YOU WAIT TO SEE HOW LONG IT TAKES TO COLOR; BUT

THAT'S WORKING GOOD, HIS HAND IS NICE AND WARM, YOU KNOW;

BUT HE COULD TELL FROM LOOKING AT HIS ARM THAT HE THOUGHT

HE HAD A SIGNIFICANT TRAUMATIC INJURY, NOT COMPARTMENT

SYNDROME, BUT TRAUMATIC INJURY.

          AND HE MADE A NOTE, THIS WAS BEFORE ANY OF THIS

STUFF HAD COME UP, RIGHT -- MOTORCYCLE COLLISION WITH

MULTIPLE TRAUMATIC INJURIES.  RIGHT PROXIMAL ONE THIRD

HUMERUS FRACTURE.  PATIENT NOTED TO HAVE SEVERE

NEUROLOGICAL DEFICITS TO THE RIGHT UPPER EXTREMITY DISTAL

TO THE FRACTURE.  NOW, DISTAL MEANS AWAY FROM IT.  SO

WHERE THAT FRACTURE WAS, DISTAL TO THAT OR AWAY FROM THAT

IS WHERE HE WAS HAVING HIS NEUROLOGICAL DEFICIT, WHAT I

WAS TELLING YOU ABOUT.  LIKELY SEVERE TRACTION NERVE

INJURY AT THE TIME OF THE MOTORCYCLE COLLISION.  AND HE

GOES ON TO TALK ABOUT WHAT'S GOING TO BE ADDRESSED, AND HE

DOES SAY, SEVERE NEUROLOGICAL INJURY, LIMITED PROGNOSIS OF

NERVE TRAUMA.

          NOW, YES, HE TOLD MR. FERLEY, HE SAID, YOU

KNOW, I DON'T THINK, YOU KNOW, IT'S NOT LOOKING REAL GOOD

1  FOR YOUR ARM.  I WISH IT WAS, BUT IT'S NOT; BUT WE'RE

2  GOING TO, YOU KNOW, WE'RE GOING TO TRY AND DO OUR BEST,

3  AND SO THEY -- WHEN DR., DR. AIKEN HAD ORIGINALLY FIXED

4  IT, THEY DID WHAT'S CALLED A CLOSED REDUCTION BEFORE THEY

5  PUT THE COAPTATION SPLINT ON IT AND GOT IT PERFECT.  I

6  MEAN, THEY CALLED IT A NEAR ANATOMIC ALIGNMENT.  HE GOT IT

7  PERFECT, AND YOU'LL SEE A PICTURE OF THAT TOO.

8          SO WHAT THEY DO NOW IS THEY ACTUALLY PUT A PIN,

9  THEY ASK THEM TO COME IN AND PUT A PIN THROUGH THE UPPER

10  PART OF THE BONE ON DOWN THROUGH THE FRACTURE AND INTO THE

11  LOWER BONE, WHICH HE DOES AGAIN -- YOU'LL SEE A PICTURE OF

12  THAT -- PERFECTLY, AND HE GETS THE BONE IN THERE PERFECT.

13  NOW, HE'S NOT OPERATING DOWN IN HERE, EXCEPT HE GOES IN

14  AND CLEANS UP THE BLISTERS SO THE PLASTIC SURGEON WON'T

15  HAVE TO DO THAT.  HE CLEANS THESE BLISTERS DOWN HERE ON

16  HIS HAND AND SO ON AND SO FORTH; BUT HE GETS THAT PIN IN

17  THERE, AND THEN DR. FOLEY COMES IN.

18          DR. FOLEY OPERATES, AND DR. JENKINS HAS LEFT.

19  I MEAN, HE'S GONE.  HE'S DONE, HE'S DONE THE OPERATION,

20  AND HE'S GONE.  DR. FOLEY COMES IN, DOES THIS OPERATION,

21  CUTS HIM AND SAYS, OH, WELL, I FOUND SOME DEAD TISSUE.

22  WELL, MAY BE, YOU KNOW, SOMETIMES YOU HAVE DEAD TISSUE IF

23  YOU HAVE A SEVERE CRUSH OR BLUNT FORCE INJURY.  THAT'S WHY

24  WE ASKED YOU ABOUT BLUNT FORCE, WHEN YOU HAVE THAT AWFUL

25  BLUNT FORCE, YOU CAN LOSE TISSUE DOWN THERE.  IS THERE

1  EXTERNAL SIGN OF INJURY?  SURE, YOU'VE GOT FRACTURE

2  BLISTERS UP AND DOWN HIS ARM.

3          THE COURT:  MR. HERNDON, WOULD THIS BE A GOOD

4  PLACE TO STOP AND LET YOU PICK UP WITH DR. FOLEY WHEN WE

5  COME BACK?

6          MR. HERNDON:  YES, YOUR HONOR.

7          THE COURT:  LADIES AND GENTLEMEN, I APOLOGIZE.

8  I DO HAVE TO ATTEND TO THIS MATTER.  THE BREAK WILL BE

9  LONGER THAN USUAL.  IT'S A PRETTY DAY OUTSIDE.  IF ONE OF

10  THE OFFICERS DON'T MIND TAKING THEM OUTSIDE, IF THE WANT

11  TO GO OUTSIDE, THAT WILL BE FINE.  HOPEFULLY IN ABOUT 20,

12  30 MINUTES WE WILL RESUME, SO WE'LL BE IN RECESS UNTIL

13  THEN.

14      (RECESS AT 3:07 P.M., UNTIL 3:23 P.M.)

15          THE COURT:  ALL RIGHT.  LADIES AND GENTLEMEN,

16  AGAIN, I APOLOGIZE FOR THAT DELAY.  THAT WAS ONE OF THOSE

17  ADMINISTRATIVE DUTIES I WAS TALKING ABOUT TO YOU EARLIER

18  TODAY.  WE'LL TRY OUR BEST TO KEEP THOSE AT A MINIMUM

19  DURING THE TRIAL.  WE'RE READY TO CONTINUE.

20          MR. HERNDON, IF YOU NEED TO BACK UP AND REPEAT

21  TO PROVIDE CONTINUITY, YOU MAY DO SO.

22          MR. HERNDON:  WE WERE AT, WE WERE –– HAD MOVED

23  UP TO NOVEMBER 2ND.  KEEPING IN MIND THE ACCIDENT HAPPENED

24  ON OCTOBER THE 19TH, THE 25TH HE WAS EXTUBATED, THE 26TH

25  WAS WHEN THEY DISCOVERED THE FRACTURE BLISTERS ON HIS ARM,

1    THE 28TH WAS WHEN DR. FOLEY STARTS LOOKING AT HIS

2    ANTECUBITAL FOSSA TO DO THE SKIN GRAFT BECAUSE THIS SKIN

3    WAS ALREADY DEAD IN THE UPPER AND LOWER PORTION OF HIS

4    ELBOW JOINT, AND THEN THE 2ND IS WHEN THEY WENT IN TO DO

5    THE REPAIR.

6            MR. HAYNES TOLD YOU SOMETHING ABOUT THE RECORDS

7    DON'T HAVE THIS, THE RECORDS DON'T HAVE THAT, AND THE

8    RECORDS DON'T HAVE ANYTHING ABOUT COMPARTMENT SYNDROME

9    BECAUSE NOBODY, ALL THE PEOPLE THAT SAW HIM, NOBODY

10   THOUGHT HE HAD THAT, NOT EVEN DR. FOLEY WHO HAD SEEN HIM

11   MULTIPLE TIMES.

12           SO DR. FOLEY STARTS HIS OPERATION, AND HE SAYS,

13   OH, THERE'S DEAD TISSUE IN HERE.  YEAH, THAT CAN HAPPEN

14   WHEN YOU HAVE SEVERE BLUNT FORCE TRAUMA.  SOMETIMES IT

15   TAKES A WHILE TO DECLARE ITSELF.  CAUSE SWELLING?  YES, IT

16   CAUSES SWELLING.  CAN IT CAUSE THIS?  CAN IT CAUSE PAIN?

17   YES, IT CAN CAUSE THAT.  DOES IT SOMETIMES TAKE A WHILE TO

18   SHOW ITSELF?  YES.

19           WELL, ANYWAY, DR. FOLEY GOES IN, AND HE

20   OPERATES DOWN AND HE DISCOVERS SOME WHAT THEY CALL

21   NECROTIC TISSUE OR DEAD TISSUE DOWN THERE; AND SO HE SAYS,

22   WELL, I THINK I NEED TO AMPUTATE THE ARM.  SO HE GOES OUT,

23   TALKS TO MRS. HALL, ANGIE HALL, AND SAYS, I REALLY NEED TO

24   TAKE THE ARM OFF.  SO THAT'S EXACTLY WHAT HE DOES.  AND

25   THEN HE GOES UP AND DOES AN OPERATIVE NOTE, AND IN HIS

1    OPERATIVE NOTE HE SAYS, I SUSPECT COMPARTMENT SYNDROME.

2    THAT'S EXACTLY THE WAY IT READS.  I MEAN, THAT'S THE FIRST

3    TIME THAT'S EVER BEEN MENTIONED IN THE ENTIRE RECORD.

4           NOW, YOU'LL NOTE THAT DR. FOLEY, WHO I COULDN'T

5    TALK TO, BUT DID TALK TO MR. HAYNES, WAS NOT A PARTY TO

6    THIS CASE, ALTHOUGH SEVERAL WERE AS HE INDICATED EARLIER,

7    BUT HE WAS NOT.  DR. FOLEY SAYS, WHEN I STARTED DOING MY

8    INCISION, IT WAS AN OH CRAP MOMENT.  HE SAID, I DIDN'T

9    SUSPECT IT WHEN I WENT IN.  HE SAID, WELL, WHAT ABOUT,

10   WHAT ABOUT HIS ARM?  HAD YOU REALLY EXAMINED HIS ARM?  HAD

11   YOU DONE A NEUROVASCULAR EXAM?  NO, NEVER DID THAT.  DID

12   YOU EVEN KNOW HE HAD FRACTURE BLISTERS ON HIS FOREARM?

13   NO, DIDN'T KNOW THAT.  WELL, WHAT ABOUT THE SEVERE

14   LACERATION BETWEEN THESE TWO FINGERS?  NO, I DIDN'T KNOW

15   ANYTHING ABOUT THAT.  I MEAN, THIS IS THE ARM HE'S

16   SUPPOSED TO BE TREATING; BUT, ANYWAY, THAT'S WHAT HE PUTS

17   IN THE RECORD, SUSPECTED COMPARTMENT SYNDROME.

18          AND HE'S OPERATING WITH A RESIDENT,

19   DR. MCPHERSON.  YOU'LL HEAR FROM DR. MCPHERSON.  SHE'D

20   NEVER BEEN INVOLVED IN THAT KIND OF SURGERY BEFORE, HAD

21   NEVER SEEN MR. FERLEY BEFORE, SHE JUST WANTED TO SEE IT.

22   SO SHE CAME IN, AND DR. FOLEY SAYS, WELL, I SUSPECT THIS

23   IS COMPARTMENT SYNDROME; SO SHE WRITES COMPARTMENT

24   SYNDROME IN THE NOTES AND THEN EVERYBODY THEREAFTER JUST

25   REPEATS IT.

1        WE DO NOT THINK -- AND IT'S OUR POSITION IN THE
2   CASE THAT THERE WAS NOT A COMPARTMENT SYNDROME.  AND, YOU
3   KNOW, I'M GOING TO CALL, I DON'T KNOW, THERE ARE GOING TO
4   BE A BUNCH THAT ARE GOING TO GET ON THE WITNESS STAND AND
5   TELL YOU HOW THEY EXAMINED IT AND WHY THEY DIDN'T THINK HE
6   EVER HAD THAT, BUT PARTICULARLY DURING THE FIRST 48 HOURS
7   WHEN YOU SEE IT.

8        YOU'RE GOING TO HEAR FROM THREE EXPERTS.
9   YOU'RE GOING TO HEAR FROM DR. WILLIAMSON FROM VIRGINIA
10  BEACH.  I ASKED HIM IF HE KNEW WHAT THE STANDARD OF CARE
11  WAS IN JOHNSON CITY, HE SAID HE DIDN'T HAVE A CLUE.  DID I
12  KNOW WHAT THE STANDARD OF CARE IS IN A LEVEL ONE TRAUMA
13  CENTER, BUT I DON'T HAVE A CLUE WHAT IT IS IN JOHNSON
14  CITY, THAT'S KIND OF A QUOTE; BUT HE'S MR. FERLEY'S
15  RETAINED EXPERT.  HE'S THE SAME GUY THAT'S GOING TO TELL
16  YOU HE SHOULD HAVE PUT AN EX-FIX ON WHEN THEY TELL YOU
17  THAT'S NOT; BUT, ANYWAY, HE'S GOING TO SAY THEY SHOULD
18  HAVE DONE THIS AND THEY SHOULD HAVE DONE THAT IN HINDSIGHT
19  AND SO ON AND SO FORTH.

20       WE'RE CALLING TWO EXPERTS IN THE CASE.  WE'RE
21  USING A DR. SMITH, HE'S WITH THE UNIVERSITY OF TENNESSEE.
22  HE'S LOOKED AT THE RECORDS.  HE WASN'T SEEING JUST A
23  LITTLE PIECE OF THE RECORDS LIKE DR. FOLEY WAS.  DR. FOLEY
24  DIDN'T EVEN GET -- MR. HAYNES DIDN'T EVEN SEND HIM THE
25  WHOLE RECORD.  HE SAID, I JUST LOOKED AT THESE LITTLE

1    THINGS, THESE FEW THINGS YOU SENT ME.  YOU CAN SEE THAT ON

2    HIS DEPOSITION.  HE WAS SENT THE ENTIRE RECORD, THE

3    DEPOSITIONS, THE TESTIMONY.  DR. SMITH SAID, NOT

4    COMPARTMENT SYNDROME, DIDN'T BEHAVE LIKE COMPARTMENT

5    SYNDROME, DIDN'T LOOK LIKE IT, IT WASN'T COMPARTMENT

6    SYNDROME.

7              YOU'RE GOING TO HEAR FROM DR. OBREMSKEY, THAT'S

8    ONE OF THOSE LONG NAMES.  HE'S KIND OF THE HEAD TRAUMA

9    SURGEON DOWN THERE AT VANDERBILT IN NASHVILLE, AND HE

10   SAID, NO, I DON'T THINK THIS WAS COMPARTMENT SYNDROME.  HE

11   LECTURES AROUND ON THIS ALL THE TIME; BUT HE SAID, NO, I

12   DON'T THINK IT WAS COMPARTMENT SYNDROME.

13             SO, YOU KNOW, DR. AIKEN WILL TELL YOU THAT IT

14   WASN'T COMPARTMENT SYNDROME, AND I THINK JUST ABOUT

15   EVERYBODY THAT'S EVER TREATED HIM WILL SAY THAT; BUT WHEN

16   YOU HAVE, YOU KNOW, AN AWFUL BLUNT TRAUMA INJURY, YOU

17   KNOW, TISSUE DIES, AND NOW YOU GO BACK AND SAY, OH, WELL,

18   YOU MUST HAVE HAD THIS OR MUST HAVE HAD THAT, THAT'S KIND

19   OF WHAT WE'RE DOING HERE.

20             SO, THE COURT WILL INSTRUCT YOU, OF COURSE, ON

21   THE LAW, AND THERE'S TWO THINGS THAT YOU HAVE TO CONSIDER,

22   TWO ISSUES.  NOT JUST WAS THERE MEDICAL NEGLIGENCE, THAT

23   IS ONE DECISION THAT YOU'LL HAVE TO MAKE FOR THESE PEOPLE

24   THAT SAVED HIS LIFE, GUILTY OF MEDICAL NEGLIGENCE.  YOU'LL

25   HAVE TO DECIDE THAT, BUT THE SECOND IS YOU HAVE TO DECIDE

1    WHAT CAUSED THE INJURY.  WE SAY CAUSE IS THE SECOND PRONG.

2    I MEAN, IF YOU RUN A STOP SIGN, YOU DON'T HIT ANYBODY, YOU

3    KNOW; BUT CAUSE IS THE SECOND PART, AND THE COURT WILL

4    TELL YOU ABOUT CAUSE, NEGLIGENCE AND CAUSE.  WE SAY NO

5    NEGLIGENCE AND WE DIDN'T CAUSE ANY DAMAGE, AND THOSE ARE

6    THE LIABILITY ISSUES THAT YOU ALL ARE GOING TO HAVE TO

7    WRESTLE WITH.

8            I KNOW YOU'LL LISTEN TO BOTH SIDES, I HOPE, AND

9    WAIT UNTIL ALL OF IT IS IN BEFORE YOU START MAKING UP YOUR

10   MINDS, AND PARTICULARLY SINCE WE'RE GOING TO BE STRUNG OUT

11   FOR A WHILE.  WE DON'T THINK THAT WE OWE MR. FERLEY

12   DAMAGES, BUT WE DON'T DENY THAT HE LOST HIS ARM.  WE

13   GRIEVED ABOUT IT TOO.  WE CONTINUED TO TREAT HIM AFTER

14   THAT FOR A LONG TIME; OF COURSE, NOT AFTER THE LAWSUIT WAS

15   FILED, BUT FOR A LONG TIME HE WAS GETTING TREATED, AND WE

16   WORKED WITH HIM TO, OR WATAUGA WORKED WITH HIM TO, TO,

17   ACTUALLY TO GET THE SPECIAL ARM.  THEY WROTE SPECIAL

18   LETTERS FOR HIM.  HE HAD AN AWFUL -- HIS LEG INJURY WAS SO

19   BAD, IT TORE A LOT OF NERVES.  YOU REMEMBER I WAS TELLING

20   YOU IT WAS ONE OF THE WORST DISLOCATIONS, AND IT TORE

21   NERVES.  HE HAD A FOOT DROP, AND THEY WORKED WITH HIM ON

22   THAT AND -- TO GET ALL THAT WORKED OUT; AND THEY WORKED

23   WITH HIM TO GET HIS DEVICES AND ACTUALLY WENT TO BAT FOR

24   HIM TO GET THE SPECIAL ARM.

25            NOW, WHEN I TOOK HIS DEPOSITION, HE SAID, I

NEVER USE IT.  I JUST –– IT'S STUCK IN A BOX IN MY HOUSE.
I JUST –– I'M AFRAID I MIGHT GET IT WET, BUT I JUST NEVER
USE IT.  I DON'T KNOW IF HE'S GOING TO TELL YOU SOMETHING
DIFFERENT, BUT I ANTICIPATE, AT LEAST THAT'S WHAT HE TOLD
US, HE JUST NEVER –– JUST KEPT IT IN A BOX, THIS VERY
EXPENSIVE ARM.

        I ASKED HIM IF HE WAS WORKING.  HE SAID, YEAH,
I'M WORKING.  HE WAS WORKING AT A PLANT UP IN SOUTHWEST
VIRGINIA.  AND I SAID, WELL, WHEN DID YOU START?  AND HE
TOLD ME.  AND I SAID, WELL, HAD YOU NOT BEEN BACK TRYING
TO WORK BEFORE THEN?  HE SAID, WELL, MY LEG WAS REALLY
BOTHERING ME SO BAD I GOT HOOKED ON PAIN PILLS, AND IT
TOOK A WHILE TO GET STRAIGHTENED OUT FROM THAT; AND WHEN I
DID, I WENT TO WORK; AND HE DID WORK THERE FOR ABOUT SEVEN
MONTHS, I THINK, AS FAR AS I CAN TELL.  I HAVE NOT DEPOSED
HIM SINCE –– IT'S BEEN SIX OR SEVEN MONTHS AGO OR WHENEVER
IT IS; BUT WHEN WE WERE TAKING THE DEPOSITION OF THE
PERSON THAT PUTS THE DEVICES, THAT FITS THE DEVICES ON, HE
SAID, OH, TREVOR HAS QUIT WORK.  I SAID, WHAT?  HE SAID,
YEAH.  AND SO HE'S NOT WORKING NOW.  AND I THINK WHAT THE,
WHAT THE RECORD WILL SHOW IS HE GOT APPROVED FOR
DISABILITY.  YOU CAN'T –– IF YOU WORK, YOU CAN'T DRAW FULL
DISABILITY, SO HE'S QUIT WORK.  HE'S DOING THAT NOW.  SO
THAT IS AS MUCH AS I KNOW THAT I CAN TELL YOU ABOUT THAT
RIGHT NOW.  WE'LL SEE HOW IT COMES OUT AS WE PROCEED IN

1    THIS TRIAL.

2            THANK YOU FOR LISTENING.  I KNOW IT'S BEEN TOO

3    LONG, I APOLOGIZE, BUT THERE'S A LOT OF COMPLICATED STUFF

4    IN HERE.  IF YOU WAIT TO HEAR ALL OF IT, I HOPE YOU RETURN

5    A VERDICT FOR THE DEFENDANT.  THANK YOU.

6    I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM

7    THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

8

9

10   KAREN J. BRADLEY/S                    9/26/13
     SIGNATURE OF COURT REPORTER               DATE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25