# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

TREVOR FERLEY
V.
WATAUGA ORTHOPAEDICS, PLC

**EXHIBIT AND WITNESS LIST**

Case Number: 2:12-CV-51

| PRESIDING JUDGE J. RONNIE GREER, USDJ | PLAINTIFF'S ATTORNEY GERALD GRAY / OLEN HAYNES | DEFENDANT'S ATTORNEY CHARLES HERNDON / ELIZABETH HUTTON |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER KAREN BRADLEY | COURTROOM DEPUTY KATHY HOPSON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 09/17/13 |  |  |  |
| W |  |  |  |  | *Dr. Julia Dunn* (by depo) |
| W |  |  |  |  | *Gary Hall* |
|  |  | 09/18/13 |  |  |  |
| W |  |  |  |  | *Gary Hall* (testimony resumed) |
| W |  |  |  |  | *Dr. John Adrian Williamson* |
| 1 |  |  | ✓ | ✓ | Medical records |
| 2 |  |  | ✓ | ✓ | CV of John Adrian Williamson, M.D. |
| 6 |  |  | ✓ | ✓ | Collective radiological films |
| 7 |  |  | ✓ | ✓ | Netter drawing of cross-section of arm |
| 8 |  |  | ✓ | ID | Photo of fasciotomy to release of Volar compartment |
| W |  |  |  |  | *Michael Todd Galloway* |
| 3 |  |  | ✓ | ✓ | CV of Michael Galloway |
| W |  |  |  |  | *Angela Marie Hall* |
| W |  |  |  |  | *Trevor Ferley* |
|  |  | 09/19/13 |  |  |  |
| W |  |  |  |  | *Trevor Ferley* (testimony resumed) |
| 5 |  |  | ✓ | ✓ | 2010 Tax Returns of Trevor Ferley |
|  | 32 |  | ✓ | ✓ | Resignation of Trevor Ferley |
| 33 |  |  | ✓ | ✓ | Docs from Trevor Ferley work records |
| W |  |  |  |  | *Dr. Jessica Vinsant* |
| W |  |  |  |  | *Dr. Charles Foley* (video depo) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | Trevor Ferley | | vs. | Watauga Orthopaedics, PLC | CASE NO. 2:12-CV-51 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 33A | | | ✓ | ID | Video of deposition of Dr. Charles Foley |
| 34 | | | ✓ | ID | Transcript of deposition of Dr. Charles Foley |
| 4 | | | ✓ | ✓ | CV of Dr. Charles Foley |
| | W | | | | *Dr. Robert Detroye* |
| | 21 | | ✓ | ✓ | CV of Dr. Robert Detroye |
| | | 09/20/13 | | | |
| | W | | | | *Dr. Robert Detroye* (testimony resumed) |
| W | | | | | *Joshua Clayton Will Graybeal* |
| | W | | | | *Kristy Lynn Moore* |
| | 10 | | ✓ | ✓ | Photo - culvert |
| | 11 | | ✓ | ✓ | Photo - driveways |
| | 12 | | ✓ | ✓ | Photo - mailboxes |
| | 16 | | ✓ | ✓ | Photo - Mr. Ferley being cared for at the scene of the accident |
| | 13 | | ✓ | ✓ | Photo - distance between driveway and motorcycle |
| | 14 | | ✓ | ✓ | Photo - mailboxes and motorcycle |
| | 17 | | ✓ | ✓ | Photo - motorcycle post-accident |
| | 18 | | ✓ | ✓ | Photo - motorcycle at the scene of the accident |
| | 15 | | ✓ | ✓ | Photo - Mr. Ferley at the scene of the accident |
| | 19 | | ✓ | ✓ | Photo - helmet post-accident |
| | W | | | | *Laura McGirt*, R.N. |
| | W | | | | *Audrey Bailey*, R.N. |
| | W | | | | *Gregory Stewart*, M.D. |
| | 24 | | ✓ | ✓ | CV of Gregory Stewart, M.D. |
| | W | | | | *Timothy Jenkins*, M.D. |
| | 25 | | ✓ | ✓ | CV of Timothy Jenkins, M.D. |
| | | 9/24/13 | | | |
| | W | | | | *Richard Stanley Smith*, M.D. |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Trevor Ferley | | vs. | Watauga Orthopaedics, PLC | CASE NO. 2:12-CV-51 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| | 23 | | ✓ | ✓ | CV of Dr. Richard S. Smith | |
| 35 | | | ✓ | ✓ | Dr. Richard Smith letter | |
| | W | | | | *Rick Ramsey* (video deposition) | |
| | 28 | | ✓ | ✓ | CV of Rick Ramsey | |
| | 36 | | ✓ | ID | Video deposition of Dr. Julia Dunn | |
| | 37 | | ✓ | ID | Video deposition of Rick Ramsey | |
| | W | | | | *James Michael Wells*, M.D. | |
| | 26 | | ✓ | ✓ | CV of Dr. James Michael Wells | |
| | W | | | | *Marc Aiken*, M.D. | |
| | 31 | | ✓ | ✓ | Coaptation splints and Ace wraps | |
| | 20 | | ✓ | ✓ | CV of Dr. Marc Aiken | |
| | | 10/02/13 | | | | |
| | W | | | | *Marc Aiken*, M.D. (testimony resumed) | |
| | | 10/03/13 | | | | |
| | | | | | Jury question # 1 | |

Page 3 of 3 Pages