UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

TREVOR FERLEY,                )
                              )
        Plaintiff,             )
                              )
v.                            ) NO. 2:12-CV-51
                              )
WATAUGA ORTHOPAEDICS, PLC,    )
                              )
        Defendant.             )

VERDICT FORM

---

We the jury, unanimously answer the questions submitted by the Court as follows:

1. Do you find the defendant Watauga Orthopaedics, PLC, acting thorugh one or more of its physicians or physician's assistants, to be at fault?

ANSWER     YES OR (NO)_____

The next portion of this Jury Verdict Form addresses damages.

2. If you found the defendant to be at fault, set out the damages, if any, which have been proven by a preponderance of the evidence. If you did not find the defendant to be at fault, skip number 2 and sign and date the verdict form.

**NON-ECONOMIC DAMAGES**

    a. **Pain and suffering- past**     $ _____

    b. **Pain and suffering- future**     $ _____

    c. **Permanent impairment/**

        **disfigurement**     $ _____

    d. **Loss of enjoyment of life- past**     $ _____

    e. **Loss of enjoyment of life- future**     $ _____

**ECONOMIC DAMAGES**

    a. **Medical expenses for**

        **prosthetic device-past**     $ _____

b.  Medical expenses for

    prosthetic device-future           $ _____

c.  Loss of earning capacity-past      $ _____

d.  Loss of earning capacity-future    $ _____

                         TOTAL         $ _____


_____
       FOREPERSON

_____10/3/13_____
          DATE

VERDICT FORM PAGE 3